AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-4410-JHS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Matthew Thompson__

was received by me on *(date)* __November 30, 2015__

☒ I personally served the summons on the individual at *(place)* __510 Fox Hollow Drive, Kennett Square, PA 19348__ on *(date)* __November 30, 2015 @ 6:18 PM__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __December 1, 2015__

_____
Server's signature

__Nelson Negron   Process Server__
Printed name and title

Court House Legal Services Inc.
1420 Walnut St.
Suite 1218
Philadelphia, PA 19102
*Server's address*

Additional information regarding attempted service, etc:

55, M, white, 5-11, 240, Gray, no glasses.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | ) | |
|---|---|---|
| Malibu Media, LLC | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No. 15-cv-4410-JHS |
| Matthew Thompson | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    MATTHEW THOMPSON
    510 FOX HOLLOW DR.
    KENNETT SQUARE, PA 19348

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Christopher P. Fiore, Esq.
Fiore & Barber, LLC
418 Main St., Suite 100
Harleysville, PA 19438

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/19/2015

*Signature of Clerk or Deputy Clerk*